THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

 
v.

 
 
 
 Tony Lee
 Chappelle, Appellant.
 
 
 

Appeal From Greenville County
Robin B. Stilwell, Circuit Court Judge

Unpublished Opinion No. 2012-UP-186
 Submitted March 1, 2012  Filed March 14, 2012   

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor W. Walter Wilkins, III, of Greenville,
 for Respondent.
 
 
 

PER CURIAM:  Tony Lee Chappelle appeals his convictions for two
 counts of assault with intent to kill and two counts of discharging a firearm
 into a dwelling, arguing the trial court erred in not suppressing a gunshot
 residue test performed on Chappelle when Chappelle asserted his right to
 counsel before taking the test.  
 Additionally, Chappelle argues the trial court erred in not suppressing the gunshot residue test because it was the product of
 an unlawful search and seizure in violation of the Fourth Amendment.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.